IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FORREST B. ELLIOTT,

    Plaintiff,

v.                                                            CASE NO. 4:06-cv-00089-MP-AK

BONNIE JONES, et al.,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 86, Report and Recommendation of the Magistrate Judge, recommending that Defendants' Motion to Dismiss, Doc.77, be denied, and that this case be remanded to the Magistrate Judge for further proceedings.  The Magistrate Judge filed the Report and Recommendation on Wednesday, January 9, 2008.  The parties have been furnished a copy of the Report and have been afforded an opportunity to file objections.  Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made.  In this instance, however, no objections were filed.

In their motion to dismiss, the Defendants allege that Plaintiff failed to exhaust properly all administrative remedies.  Because the Plaintiff properly filed an emergency grievance concerning his medical issues, as well as a formal grievance, the Magistrate concludes that the Plaintiff properly exhausted his administrative remedies.  The Court agrees with the Magistrate that Plaintiff complied with the grievance procedures, and that the motion to dismiss should be denied.  Therefore, having considered the Report and Recommendation, and the lack of objections thereto, I have determined that it should be adopted.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, Doc. 86, is adopted and incorporated by reference in this order.

2. This case is REMANDED to the Magistrate Judge for further proceedings, specifically to order that Defendants file an appropriate response to Plaintiff's amended complaint.

3. Plaintiff's Motion for Legal Assistance, Doc. 88, is referred to the Magistrate.

**DONE AND ORDERED** this   *12th* day of February, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge